[Crim. No. 1032. Second Appellate District, Division One.—March 27, 1924.]

THE PEOPLE, Appellant, v. O. D. HADLEY et al., Respondents.

[1] RAILROAD COMMISSION—OPERATION OF AUTO-STAGE LINES—JURISDICTION — PLEADING. — Judgment affirmed upon authority of *People* v. *Hadley*, *ante*, p. 370.

APPEAL from a judgment of the Superior Court of Imperial County. M. W. Conkling, Judge. Affirmed.

The facts are identical with those recited in *People* v. *Hadley, ante,* p. 370.

U. S. Webb, Attorney-General, Erwin W. Widney, Deputy Attorney-General, and Ernest R. Utley, District Attorney, for Appellants,

Robert G. Hill for Respondents.

Hugh Gordon and Carl I. Wheat, as *Amici Curiae.*

HOUSER, J.—This is an appeal by the people of the state of California from a judgment in favor of defendants on a demurrer to an information which charged defendants with the violation of an order of the Railroad Commission of this state.

[1] The facts are identical with those recited in the case of *People* v. *Hadley, ante,* p. 370 [226 Pac. 836], and relying upon that case as an authority herein, it is ordered that the judgment be and the same is affirmed.

Conrey, P. J., and Curtis, J., concurred.

A petition by appellant to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on May 26, 1924.